Doc# 2008020904
Bk 15419 Pg 0974 - 0975
Received York SS
05/21/2008 11:49AM
Debra L. Anderson
Register of Deeds

APB-> Doonan, Graves + Longoria
100 Cummings Ctr - Ste 225 D
E Beverly, MA. 01915

RECORD AND RETURN TO:
Wilshire Credit Corporation
14523 SW Millikan Way, #200
Beaverton, OR 97005

Loan# 

## Assignment of Mortgage

For Value Received and without recourse, First Horizon Home Loan Corporation hereby grants, assigns and transfers to:

Lasalle Bank, N.A. as Trustee for the MLMI Trust Series 2006-HE2

All the rights, title and interest of the undersigned in and to that certain Real Estate Mortgage in the amount of $160,000.00

Dated 12/1/2005

Executed by GAIL M YORK

To First Horizon Home Loan Corporation whose address is 5901 College Boulevard, 3rd floor, Overland Park, KS 66211

Recorded on __12-6-05__, in Book/Volume No. __14693__.

Page(s) __0086__, as Document No. __2005073616__

YORK County Records, State of ME, on real estate legally described as follows:

A certain lot or parcel of land with all the buildings thereon, situated on both sides of Highway #5 in the Towns of Hollis and Dayton, in the County of York and State of Maine, bounded and described as follows: The homestead farm of the late Edmund Weymouth and being the same premises conveyed to Robert A. Marcotte, deceased and Janice I. Marcotte as joint tenants by Warranty Deed of Lester I. Grant et ux dated October 4, 1963 and recorded in the York Registry of Deeds, Book 1521, Page 328, the interest of said Janice Marcotte (Janet Marcotte) having been conveyed to said Robert A. Marcotte by quit claim deed dated February 4, 1969, recorded in said Registry in Book 1831, Page 530. EXCEPTING AND RESERVING, however, from the above described premises those portions thereof described in the following deeds from Stephen B. Quimby and Carolyn R. Quimby: 1. Warranty Deed to Charles M. and Irene B. Waldron dated December 12, 1975 recorded in said Registry of Deeds in Book 2110, Page 192. 2. Warranty Deed to Theodore C. Pinkhm, Inc. dated October 7, 1977 recorded in said Registry of Deeds in Book 2271, Page 152. 3. Warranty Deed to Alice M. Whitehouse and Merton C. Whitehouse dated August 27, 1982 recorded in said Registry of Deeds in Book 2981, Page 323. Together with an easement to draw water and repair and replace a water pump and water line as described in a deed from Ronald C. Fluet and Pamela A. Fluet to Stephen B. Quimby and Carolyn R. Quimby by deed dated July 23, 1982 to be recorded in said Registry of Deeds.

Together with the note or notes therein described or referred to, the money due and to become thereon with interest, and all rights accrued or to accrue under said Real Estate Mortgage.


EXHIBIT D

Dated: January 9, 2006        First Horizon Home Loan Corporation

_____
Bill Hamblin, Div. Admin. Officer

_____

State of Kansas
County of Johnson

On January 9, 2006 before me, the undersigned, a Notary Public in and for the said County and State, personally appeared Bill Hamblin to me personally known, who, being duly sworn by me, did say that he is the Div. Admin. Officer of First Horizon Home Loan Corporation, a Kansas Corporation and that said instrument was signed on behalf of said corporation by authority of its Board of Directors and said Div. Vice President acknowledged said instrument to be the free act and deed of said corporation. In testimony whereof, I have set my hand and affixed my official seal the day and year last above written.

(NO CORPORATE SEAL)

_____
Notary Name: Beth Payne
Notary Public for the state of Kansas
My commission expires: 01/25/06

Send tax statement to/
This document prepared by:
Bill Hamblin
First Horizon Home Loan Corporation
5901 College Blvd.
Overland Park, KS 66211
913-262-9393

BETH PAYNE
STATE OF KANSAS  My Appt. Exp. 1-25-06

**End of Document**

Recording Requested By:
Nationstar Mortgage

When Recorded Return To:

DOCUMENT ADMINISTRATION
Nationstar Mortgage
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019



BK 17229 PGS 501 - 501  05/09/2016 11:01:49 AM
INSTR # 2016016765  DEBRA ANDERSON
RECEIVED YORK SS  REGISTER OF DEEDS

## CORPORATE ASSIGNMENT OF MORTGAGE

York, Maine
SELLER'S SERVICING #: 5 "YORK"

Date of Assignment: April 25th, 2016
Assignor: LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-HE2 BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT at 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE2 at 425 WALNUT STREET, CINCINNATI, OH 45202

Executed By: GAIL M. YORK , A MARRIED WOMAN To: FIRST HORIZON HOME LOAN CORPORATION
Date of Mortgage: 12/01/2005 Recorded: 12/06/2005 in Book/Reel/Liber: 14693 Page/Folio: 0086 as Instrument No.: 2005073616 In the County of York, State of Maine.

Property Address: 94 NEW COUNTY ROAD, HOLLIS, ME 04042

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $160,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-HE2 BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT
On April 25th, 2016

By: _____
MOHAMED HAMEED, Assistant Secretary

STATE OF Texas
COUNTY OF Dallas

On April 25th, 2016, before me, COLLEEN BARNETT, a Notary Public in and for Dallas in the State of Texas, personally appeared MOHAMED HAMEED, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
COLLEEN BARNETT
Notary Expires: 11/30/2019 #130453613

**COLLEEN BARNETT**
Notary Public, State of Texas
Comm. Expires 11-30-2019
Notary ID 130453613

(This area for notarial seal)

*RQJ*RQJNATN*04/25/2016 10:14:05 AM* NATT01 NATNA000000000000000515406* MEYORK* 0618811525 MESTATE_MORT_ASSIGN_ASSN **BHENATT*

