Recording Requested By:
Nationstar Mortgage

When Recorded Return To:

DOCUMENT ADMINISTRATION
Nationstar Mortgage
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019



BK 17229 PGS 501 - 501  05/09/2016 11:01:49 AM
INSTR # 2016016765  DEBRA ANDERSON
RECEIVED YORK SS  REGISTER OF DEEDS

## CORPORATE ASSIGNMENT OF MORTGAGE



York, Maine
SELLER'S SERVICING #:            5 "YORK"

Date of Assignment: April 25th, 2016
Assignor: LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-HE2 BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT at 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE2 at 425 WALNUT STREET, CINCINNATI, OH 45202

Executed By: GAIL M. YORK, A MARRIED WOMAN  To: FIRST HORIZON HOME LOAN CORPORATION
Date of Mortgage: 12/01/2005  Recorded: 12/06/2005 in Book/Reel/Liber: 14693 Page/Folio: 0086 as Instrument No.: 2005073616 In the County of York, State of Maine.

Property Address: 94 NEW COUNTY ROAD, HOLLIS, ME 04042

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $160,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

LASALLE BANK, N.A. AS TRUSTEE FOR THE MLMI TRUST SERIES 2006-HE2 BY NATIONSTAR MORTGAGE LLC ITS ATTORNEY-IN-FACT
On April 25th, 2016

By: _____
MOHAMED HAMEED, Assistant Secretary

STATE OF Texas
COUNTY OF Dallas

On April 25th, 2016, before me, COLLEEN BARNETT, a Notary Public in and for Dallas in the State of Texas, personally appeared MOHAMED HAMEED, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
COLLEEN BARNETT
Notary Expires: 11/30/2019 #130453613

COLLEEN BARNETT
Notary Public, State of Texas
Comm. Expires 11-30-2019
Notary ID 130453613

(This area for notarial seal)

*RQJ*RQJNATN*04/25/2016 10:14:05 AM* NATT01 NATNA0000000000000000515406* MEYORK* 0618811525 MESTATE_MORT_ASSIGN_ASSN **BHENATT*

