Nationstar Mortgage LLC
PO Box 9095
Temecula, CA 92589-9095



PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

2312388917

Send Payments to:
Nationstar Mortgage LLC
PO Box 650783
Dallas, TX 75265-0783

20160912-160

GAIL M YORK
309 NEW PORTLAND RD
GORHAM, ME 04038





EXHIBIT

H



09/12/2016

GAIL M YORK
309 NEW PORTLAND RD
GORHAM, ME 04038

Loan Number:
Property Address:      94 NEW COUNTY RD
                       HOLLIS CENTER, ME 04042


Dear GAIL M YORK:

If you are represented by an attorney, please send this notice to your attorney.

Nationstar is the mortgage loan servicer for "U.S. Bank National ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE2" (the "Investor").

This notice is being sent as required by the terms of the security instrument securing your mortgage loan.

Your loan is currently past due for the 06/01/2012 payment and is due for all payments from and including that date. The failure to make these payments is a default under the terms and conditions of the mortgage loan.

As of 09/12/2016 the amount of the debt that must be paid to cure the default is $56,501.73, which includes the sum of payments that have come due on and after the date of default 06/01/2012, any late charges, periodic adjustments to the payment amount (if applicable), attorney fees and expenses of collection. The total amount due to cure the default does not include any amounts that become due after the date of this notice.

| | | |
|---|---|---|
| Next Payment Due Date: | | 06/01/2012 |
| Total Monthly Payments Due: | | $55,252.98 |
| Late Charges: | | $0.00 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $1,248.75 |
| | Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$56,501.73** |


**Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**



ME_NOI
Page 1 of 5

2312388917

All reinstatement payments must be made payable in certified funds, cashier's check or money order(s) and mailed to **Nationstar Mortgage LLC, PO Box 650783, Dallas, TX 75265-0783** or overnight delivery to **Nationstar Mortgage LLC, Attn. Payment Processing, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.** You may call Nationstar at 1-888-480-2432 if you have questions regarding your account or write to Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019.

$56,501.73 must be paid by the 35th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter) in order to cure the default.

Your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the terms of the Note, the next payment due on 10/01/2016 is still due on 10/01/2016 (or if said date(s) falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).

Failure to pay $56,501.73 by the 35th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter), may result in acceleration of the sums secured by the Security Instrument, foreclosure proceedings and sale of the property.

In the event of acceleration, you have the right to reinstate the loan after acceleration and the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under this Security Instrument, and to present any other defenses that you may have.

If you meet the conditions in the Mortgage, you will have the right to have the Lender's enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had not been required.

You have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged.

This default, and any legal action that may occur as a result, may be reported to one or more local and national credit reporting agencies by Nationstar.

If you request in writing, Nationstar will not contact you by phone at your place of employment. Furthermore, if you request in writing not to be contacted, Nationstar will not contact you, except to send statutorily and/or contractually required legal notice(s).

You may have options available to you to help you avoid foreclosure. You may discuss available options with Nationstar, the Investor or a counselor approved by the United States Department of Housing and Urban Development ("HUD"). You are encouraged to explore available options prior to the end of your right-to-cure period. Please call Nationstar's Foreclosure Prevention Department at 1-888-480-2432 for additional information or to request an interview for the purpose of resolving the past due account. You may also visit https://www.nationstarmtg.com/PaymentAssistance/ for additional information, to see what options may be available to you, and to submit an application for assistance.

All homeowners are eligible for housing counseling services through the U.S. Department of Housing and Urban Development (HUD). We have also attached a list, including the name, address and telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers. You may also call the Homeownership Preservation Foundation at 1-888-995-HOPE (4673) or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

2312388917

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment. To determine whether this option is available, contact Nationstar Mortgage LLC Foreclosure Prevention Department at 1-888-480-2432, or by mail at 8950 Cypress Waters Boulevard, Coppell, TX 75019, or visit www.nationstarmtg.com/PaymentAssistance for additional information and to see what options are available.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure without a court order. If you are currently in the military service, or have been within the last 12 months, AND joined after signing the Note and Security Instrument now in default, please notify Nationstar immediately. Please notify us of your active duty status in order to receive an interest rate reduction to 6%. Notice must be received no later than 180 days after your military services ends. It is not necessary to notify us of your military status in order to obtain foreclosure protection; however, we will be better able to assist you if you notify us of your military status as soon as possible. When contacting Nationstar as to your military service, you may be required to provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at Military OneSource (www.militaryonesource.mil; 1-800-342-9647), Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and HUD-certified housing counseling agencies (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You may also call Nationstar toll-free at 1-888-480-2432 if you have questions about your rights under SCRA.

Please disregard this notice if a payment sufficient to cure the default has already been sent.

Sincerely,

Charles Ferrendelli
Dedicated Loan Specialist
Nationstar Mortgage LLC
1-888-850-9398 ext. 5160085
8950 Cypress Waters Boulevard
Coppell, TX 75019



# Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
Phone: 207-626-4670
Toll Free: 800-452-4668
Fax: 207-626-4678
Email: dkjohnson@mainehousing.org
Address: 353 WATER STREET
AUGUSTA, Maine 04330-4665
Website: http://www.mainehousing.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL
BANGOR
Phone: 866-232-9080
Toll Free: 866-232-9080
Fax: 866-921-5129
Email: counselinginfo@moneymanagement.org
Address: 175 Exchange St Ste 200
Bangor, Maine 04401-6537
Website: http://www.moneymanagement.org

**Agency Name:** PENQUIS COMMUNITY ACTION
PROGRAM
Phone: 207 974 2403
Toll Free: 888-424-0151
Fax: 207-973-3699
Email: hmassow@penquis.org
Address: 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
Website: http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
Phone: 207-442-7963
Toll Free: 800-221-2221
Fax: 207-443-7447
Email: charles.kent@mmcacorp.org
Address: 34 Wing Farm Pkwy
Bath, Maine 04530-1515
Website: http://www.midcoastmainecommunityaction.org

**Agency Name:** COASTAL ENTERPRISES,
INCORPORATED
Phone: 207-504-5900
Toll Free: 877-340-2649
Fax:
Email: jason.thomas@ceimaine.org
Address: 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
Website: http://www.ceimaine.org

**Agency Name:** TEDFORD HOUSING
Phone: 207-729-1161-100
Toll Free:
Fax:
Email: officemanager@tedfordhousing.org
Address: 14 Middle Street
BRUNSWICK, Maine 04011-2400
Website: http://www.tedfordhousing.org

**Agency Name:** WESTERN MAINE CAP
Phone: 207-645-3764
Toll Free:
Fax:
Email: N/A
Address: PO Box 200
East Wilton, Maine 04234-0200
Website: http://wmca.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO
DBA HOMEQUESTMAINE
Phone: 207-795-4065
Toll Free:
Fax:
Email: homequest@community-concepts.org
Address: 240 Bates St
Lewiston, Maine 04240-7330
Website: www.community-concepts.org

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT
CORPORATION
Phone: 207-866-6572
Toll Free:
Fax: 207-866-6553
Email: janderson@fourdirectionsmaine.org
Address: 20 Godfrey Drive
ORONO, Maine 04473-3610
Website: www.fourdirectionsmaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT
CORPORATION
Phone: 207-553-7780-3347
Toll Free: 800-339-6516
Fax: 207-553-7778
Email: ndigeronimo@avestahousing.org
Address: 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
Website: www.avestahousing.org

**Agency Name:** CITY OF PORTLAND SHELTER
Phone: 207-482-5131
Toll Free:
Fax:
Email:
Address: 196 Lancaster Street
PORTLAND, Maine 04101-2418
Website: n/a

**Agency Name:** COMMUNITY FINANCIAL LITERACY
Phone: 207-797-7890
Toll Free:
Fax:
Email: crwaganje@cflmaine.org
Address: 309 Cumberland Avenue, Suite 205
PORTLAND, Maine 04101-4982
Website: www.cflme.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL
SOUTH PORTLAND
Phone: 866-232-9080
Toll Free: 866-232-9080
Fax: 866-921-5129
Email: counselinginfo@moneymanagement.org
Address: 477 Congress St Fl 5
Portland, Maine 04101-3457
Website: http://www.moneymanagement.org

**Agency Name:** PINE TREE LEGAL ASSISTANCE,
INCORPORATED
Phone: 207-774-8211
Toll Free:
Fax: 207-828-2300
Email: nheald@ptla.org
Address: 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME          V13325



2312388917

Website: http://www.ptla.org

Agency Name: AROOSTOOK COUNTY ACTION PROGRAM, INC.
Phone: 207-768-3023-650
Toll Free: 800-432-7881
Fax: 207-768-3021
Email: jbaillargeon@acap-me.org
Address: 771 Main St
PRESQUE ISLE, Maine 04769-2201
Website: www.acap-me.org

Agency Name: YORK COUNTY COMMUNITY ACTION AGENCY
Phone: 207-459-2959
Toll Free:
Fax: 207-490-5026
Email: jenniferg@yccac.org
Address: 6 Spruce Street
SANFORD, Maine 04073-2917
Website: http://www.yccac.org

Agency Name: KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
Phone: 800-542-8227
Toll Free:
Fax:
Email: N/A
Address: 97 Water St
Waterville, Maine 04901-6339
Website: http://www.kvcap.org

Nationstar Mortgage, LLC
PO Box 9095
Temecula, CA 92589-9095

PS form 3877
Type of Mailing:
CERTIFICATE OF MAILING
September 12, 2016



*845098*

| Line | Tracking Number | Name, Street & P.O. Address | Postage | Fee | Reference |
|------|-----------------|------------------------------|---------|-----|-----------|
| 1 | 2312388916 | CHARLIE PEABODY<br>DEBORAH PEABODY<br>48 OCEANVILLE RD<br>STONINGTON, ME 04681-3019 | $0.675 | $0.36 | 600041446 |
| 2 | 2312388917 | GAIL M YORK<br>309 NEW PORTLAND RD<br>GORHAM, ME 04038 | $0.675 | $0.36 | 618811525 |
| 3 | 2312388918 | GAIL M YORK<br>94 NEW COUNTY RD<br>HOLLIS CENTER, ME 04042 | $0.675 | $0.36 | 618811525 |
| | | Totals | $2.03 | $1.08 | |

Grand Total: $3.11



List Number of Pieces
Listed by Sender

Total Number of Pieces
Received at Post office

Postmaster:
Name of receiving employee

Dated:

3



Hasler
09/12/2016
US POSTAGE $001.08⁰

ZIP 85034
011E12...354

Nationstar Mortgage LLC
PO Box 9095
Temecula, CA 92589-9095

Send Payments to:
Nationstar Mortgage LLC
PO Box 650783
Dallas, TX 75265-0783



2312388918

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20160912-160

GAIL M YORK
94 NEW COUNTY RD
HOLLIS CENTER, ME 04042



ME_NOI


**Nationstar**
MORTGAGE

09/12/2016

GAIL M YORK
94 NEW COUNTY RD
HOLLIS CENTER, ME 04042

Loan Number:
Property Address:    94 NEW COUNTY RD
                         HOLLIS CENTER, ME 04042

Dear GAIL M YORK:

If you are represented by an attorney, please send this notice to your attorney.

Nationstar is the mortgage loan servicer for "U.S. Bank National ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-HE2" (the "Investor").

This notice is being sent as required by the terms of the security instrument securing your mortgage loan.

Your loan is currently past due for the 06/01/2012 payment and is due for all payments from and including that date. The failure to make these payments is a default under the terms and conditions of the mortgage loan.

As of **09/12/2016 the amount of the debt that must be paid to cure the default is $56,501.73, which includes the sum of payments that have come due on and after the date of default 06/01/2012**, any late charges, periodic adjustments to the payment amount (if applicable), attorney fees and expenses of collection. The total amount due to cure the default does not include any amounts that become due after the date of this notice.

| | | |
|---|---|---:|
| Next Payment Due Date: | | 06/01/2012 |
| Total Monthly Payments Due: | | $55,252.98 |
| Late Charges: | | $0.00 |
| Other Charges: | Uncollected NSF Fees: | $0.00 |
| | Other Fees: | $0.00 |
| | Corporate Advance Balance: | $1,248.75 |
| | Unapplied Balance: | ($0.00) |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$56,501.73** |

Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.



ME_NOI
Page 1 of 5

2312388918

All reinstatement payments must be made payable in **certified funds, cashier's check or money order(s)** and mailed to **Nationstar Mortgage LLC, PO Box 650783, Dallas, TX 75265-0783** or overnight delivery to **Nationstar Mortgage LLC, Attn. Payment Processing, 1010 W. Mockingbird, Suite 100, Dallas, TX 75247.** You may call Nationstar at 1-888-480-2432 if you have questions regarding your account or write to Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019.

**$56,501.73** must be paid by the 35th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter) in order to cure the default.

Your right to cure this default as referenced herein does not suspend your payment obligations. Pursuant to the terms of the Note, the next payment due on 10/01/2016 is still due on 10/01/2016 (or if said date(s) falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter).

Failure to pay **$56,501.73** by the 35th day after this notice is given (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter), may result in acceleration of the sums secured by the Security Instrument, foreclosure proceedings and sale of the property.

In the event of acceleration, you have the right to reinstate the loan after acceleration and the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under this Security Instrument, and to present any other defenses that you may have.

If you meet the conditions in the Mortgage, you will have the right to have the Lender's enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective as if immediate payment in full had not been required.

You have the right to reinstate the loan after acceleration until such time as a foreclosure judgment has been entered if you: 1) pay the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the note and mortgage; 3) pay all of lender's reasonable expenses in enforcing the note and mortgage including, for example, reasonable attorneys' fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the note and mortgage, and your obligations under the note and mortgage remain unchanged.

This default, and any legal action that may occur as a result, may be reported to one or more local and national credit reporting agencies by Nationstar.

If you request in writing, Nationstar will not contact you by phone at your place of employment. Furthermore, if you request in writing not to be contacted, Nationstar will not contact you, except to send statutorily and/or contractually required legal notice(s).

You may have options available to you to help you avoid foreclosure. You may discuss available options with Nationstar, the Investor or a counselor approved by the United States Department of Housing and Urban Development ("HUD"). You are encouraged to explore available options prior to the end of your right-to-cure period. Please call Nationstar's Foreclosure Prevention Department at 1-888-480-2432 for additional information or to request an interview for the purpose of resolving the past due account. You may also visit https://www.nationstarmtg.com/PaymentAssistance/ for additional information, to see what options may be available to you, and to submit an application for assistance.

All homeowners are eligible for housing counseling services through the U.S. Department of Housing and Urban Development (HUD). We have also attached a list, including the name, address and telephone number and other contact information for all counseling agencies approved by HUD to assist Maine consumers. You may also call the Homeownership Preservation Foundation at 1-888-995-HOPE (4673) or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment. To determine whether this option is available, contact Nationstar Mortgage LLC Foreclosure Prevention Department at 1-888-480-2432, or by mail at 8950 Cypress Waters Boulevard, Coppell, TX 75019, or visit www.nationstarmtg.com/PaymentAssistance for additional information and to see what options are available.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure without a court order. If you are currently in the military service, or have been within the last 12 months, AND joined after signing the Note and Security Instrument now in default, please notify Nationstar immediately. Please notify us of your active duty status in order to receive an interest rate reduction to 6%. Notice must be received no later than 180 days after your military services ends. It is not necessary to notify us of your military status in order to obtain foreclosure protection; however, we will be better able to assist you if you notify us of your military status as soon as possible. When contacting Nationstar as to your military service, you may be required to provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at Military OneSource (www.militaryonesource.mil; 1-800-342-9647), Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and HUD-certified housing counseling agencies (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You may also call Nationstar toll-free at 1-888-480-2432 if you have questions about your rights under SCRA.

Please disregard this notice if a payment sufficient to cure the default has already been sent.

Sincerely,

Charles Ferrendelli
Dedicated Loan Specialist
Nationstar Mortgage LLC
1-888-850-9398 ext. 5160085
8950 Cypress Waters Boulevard
Coppell, TX 75019



# Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 WATER STREET
AUGUSTA, Maine 04330-4665
**Website:** http://www.mainehousing.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL
BANGOR
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 175 Exchange St Ste 200
Bangor, Maine 04401-6537
**Website:** http://www.moneymanagement.org

**Agency Name:** PENQUIS COMMUNITY ACTION
PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
PO Box 1162
BANGOR, Maine 04401-4952
**Website:** http://www.penquis.org

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** charles.kent@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Website:** http://www.midcoastmainecommunityaction.org

**Agency Name:** COASTAL ENTERPRISES,
INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:** .
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Website:** http://www.ceimaine.org

**Agency Name:** TEDFORD HOUSING
**Phone:** 207-729-1161-100
**Toll Free:**
**Fax:**
**Email:** officemanager@tedfordhousing.org
**Address:** 14 Middle Street
BRUNSWICK, Maine 04011-2400
**Website:** http://www.tedfordhousing.org

**Agency Name:** WESTERN MAINE CAP
**Phone:** 207-645-3764
**Toll Free:**
**Fax:** .
**Email:** N/A
**Address:** PO Box 200
East Wilton, Maine 04234-0200
**Website:** http://wmca.org

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO
DBA HOMEQUESTMAINE
**Phone:** 207-795-4065
**Toll Free:**
**Fax:**
**Email:** homequest@community-concepts.org
**Address:** 240 Bates St
Lewiston, Maine 04240-7330
**Website:** www.community-concepts.org

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT
CORPORATION
**Phone:** 207-866-6572
**Toll Free:**
**Fax:** 207-866-6553
**Email:** jandorson@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Website:** www.fourdirectionsmaine.org

**Agency Name:** AVESTA HOUSING DEVELOPMENT
CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Website:** www.avestahousing.org

**Agency Name:** CITY OF PORTLAND SHELTER
**Phone:** 207-482-5131
**Toll Free:**
**Fax:**
**Email:**
**Address:** 196 Lancaster Street
PORTLAND, Maine 04101-2418
**Website:** n/a

**Agency Name:** COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@cflmaine.org
**Address:** 309 Cumberland Avenue, Suite 205
PORTLAND, Maine 04101-4982
**Website:** www.cflme.org

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL
SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St Fl 5
Portland, Maine 04101-3457
**Website:** http://www.moneymanagement.org

**Agency Name:** PINE TREE LEGAL ASSISTANCE,
INCORPORATED
**Phone:** 207-774-8211
**Toll Free:** .
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME     V13325


2312388918

Website: http://www.ptla.org

Agency Name: AROOSTOOK COUNTY ACTION PROGRAM, INC.
Phone: 207-768-3023-650
Toll Free: 800-432-7881
Fax: 207-768-3021
Email: jbaillargeon@acap-me.org
Address: 771 Main St
PRESQUE ISLE, Maine 04769-2201
Website: www.acap-me.org

Agency Name: YORK COUNTY COMMUNITY ACTION AGENCY.
Phone: 207-459-2959
Toll Free:
Fax: 207-490-5026
Email: jenniferg@yccac.org
Address: 6 Spruce Street
SANFORD, Maine 04073-2917.
Website: http://www.yccac.org

Agency Name: KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
Phone: 800-542-8227
Toll Free:
Fax:
Email: N/A
Address: 97 Water St
Waterville, Maine. 04901-6339.
Website: http://www.kvcap.org

http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME          V13325

2312388918

Nationstar Mortgage, LLC
PO Box 9095
Temecula, CA  92589-9095

PS form 3877
Type of Mailing:
CERTIFICATE OF MAILING
September 12, 2016


*845098*

| Line | Tracking Number | Name, Street & P.O. Address | Postage | Fee | Reference |
|------|-----------------|------------------------------|---------|-----|-----------|
| 1 | 2312388916 | CHARLIE PEABODY<br>DEBORAH PEABODY<br>48 OCEANVILLE RD<br>STONINGTON, ME  04681-3019 | $0.675 | $0.36 | 600041446 |
| 2 | 2312388917 | GAIL M YORK<br>309 NEW PORTLAND RD<br>GORHAM, ME  04038 | $0.675 | $0.36 | 618811525 |
| 3 | 2312388918 | GAIL M YORK<br>94 NEW COUNTY RD<br>HOLLIS CENTER. ME  04042 | $0.675 | $0.36 | 618811525 |



Totals    $2.03    $1.08

Grand Total:    $3.11

List Number of Pieces
Listed by Sender

Total Number of Pieces
Received at Post office

Postmaster:
Name of receiving employee    Dated:

96-9026-9671
SEP
12
2016
BMEU PHX, AZ
USPS

3

Hasler
09/12/2016
US POSTAGE    $001.08⁰

ZIP 85034
011E12

USPS BMEU PHX, AZ #10
SEP
12
2016
85026-9671