# United States District Court
## For the
## DISTRICT OF MAINE

U.S. Bank National Association, as
Trustee, successor in interest to
Bank of America, National
Association, as Trustee, successor by
Merger to LaSalle Bank National
Association, as Trustee for Merrill
Lynch Mortgage Investors Trust,
Mortgage Loan Asset-Backed
Certificates, Series 2006-HE2
    Plaintiff

**RESPONSE TO COMPAINT**
**AND**
**REQUEST FOR MEDIATION**

Civil Action No.: 2:17-CV-00090-GIS

V.

Gail M. York

    Defendant

First Horizon Home Loan Corp.

    Party – in – Interest

## Important Notice to Homeowner

A foreclose case has been filed against you in court. You will probably lose your home if you do not file a written Response within 20 days. You can use this form as your Response. Just fill out this form and return it to the court in the enclosed envelope so that the court receives it before the 20-day deadline. Mail a copy to the lender's lawyer. You can attach additional sheets if this form does not give you enough space.

1. Your Response

To protect your rights in this case, you must file a response. You can file a response by checking the box below and filling in your address.

☑ I live at and own the building at **94 New County Road Hollis Center ME** I believe there are good reasons I should not lose my home to foreclosure. I deny at least some of the lender's statements in the foreclosure complaint. I assert all affirmative defenses that apply to my case.

2. Your Right to Mediation

You have the right to meet with your lender and a neutral third party. This free meeting gives you the chance to talk about how you might avoid foreclosure-before a judge hears your case. This is called a "mediation" meeting. At the meeting a neutral court mediator will help you and the lender try to come to an agreement. The mediator will not force you to accept an agreement.

Please return this form to the court. You will hear from the clerk about mediation.

_Gail m york_
(Your Signature)

MAILING ADDRESS

94 New County Road
(Mailing Address)
Hollis Center ME 04042
(City, State, Zip)
207-632-9913
(Phone Number)

Gail m York
(Your Name, Printed)

LIVING ADDRESS

94 New County Road
(Living Address)
Hollis Center ME 04042
(City, State, Zip)
207-632-9913
(Phone Number)