UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CITIBANK, N.A., as Trustee of NRZ Pass-Through Trust VI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:17-cv-00090-GZS |
| GAIL M. YORK, | ) ) | |
| Defendant | ) | |

## REPORT OF FINAL PRETRIAL CONFERENCE AND ORDER

A final pretrial conference was held on November 13, 2017, in Portland, Maine, before U.S. Magistrate Judge John C. Nivison. Reneau Longoria, Esq., appeared for the Plaintiff. Defendant Gail M. York appeared. The following provisions will govern the trial of this case.

**I.  Case Description**

> This is a foreclosure action. The matter is in order for jury-waived trial.

**II.  Trial Preparation**

> A. <u>Discovery.</u>  The discovery is complete.
>
> B. <u>Motions in Limine.</u>  Any motions in limine shall be filed by January 19, 2018, and any objections shall be filed by January 26, 2018.
>
> C. <u>Length of Trial.</u>  The case will require no more than 2 – 3 hours.

**III.    Trial Schedule**

    A. <u>Trial Date.</u>  The case will be tried on February 12, 2018, at 1:00 p.m.

    B. <u>Settlement Notice.</u>  The parties shall inform the Clerk's office whether the case is settled or firm for trial by February 2, 2018.

**IV.    Trial Process**

    A. <u>Stipulations.</u>  The parties shall file any agreed-to stipulations by January 26, 2018.

    B. <u>Depositions.</u>  The parties shall exchange designated deposition transcripts or videos that they intend to use at trial by January 19, 2018.  Any objection to the admissibility of a deposition transcript or video shall be filed by written motion by January 26, 2018.

    C. <u>Exhibits.</u>  The parties shall exchange exhibits by January 19, 2018.  The parties shall jointly prepare a consolidated list of all exhibits to be offered at trial, employing the form available on the Court's website— http://www.med.uscourts.gov/ —by January 26, 2018.  An extra set of the exhibits shall be filed with the Court by February 2, 2018.  *See* Local Rule 16.4(d).

    D. <u>Witnesses.</u>  Each party shall file its witness list by January 26, 2018.  For each witness, the list shall indicate (i) the witness's name and address; (ii) whether the witness is a fact witness or an expert witness; (iii) a concise statement of the general subject matter of the witness's testimony; and (iv) an estimate of the time required for the direct examination of the witness.

    E. <u>Trial Management Conference.</u>  The parties may request an additional trial management conference by contacting the Clerk's office.

**It is so ORDERED.**

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 15th day of November, 2017.

## **NOTICE**

Any objections to a Pretrial Order entered by a U.S. Magistrate Judge shall be filed within fourteen (14) days from the date of its filing.