UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Citibank, N.A., not in its individual capacity, but solely as Trustee of NRZ Pass Through Trust VI;** | **CIVIL ACTION NO: 2:17-cv-00090-GZS** |
| **Plaintiff,** | |
| vs. | |
| **Gail M. York;** | |
| **Defendant,** | |
| **First Horizon Home Loan Corporation.** | |
| **Party-in-Interest.** | |

## RESPONSE TO ORDER TO SHOW CAUSE (ECF No. 21)

Now comes the Plaintiff, Citibank, N.A., not in its individual capacity, but solely as Trustee of NRZ Pass Through Trust VI, by and through the undersigned counsel, and responds to the Court's Order to Show Cause entered on November 27, 2017. The Plaintiff has not filed a Motion for Entry of Default against Party-in-Interest First Horizon Home Loan Corporation due to inadvertent administrative error, but is presently prepared to file said motion.

Therefore, the Plaintiff respectfully requests that the Court grant Plaintiff leave to file a Motion for Entry of Default against Party-in-Interest First Horizon Home Loan Corporation immediately.

DATED: November 29, 2017    /s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No.: 3250
Reneau J. Longoria, Esq., Bar No.: 5746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

1

# CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on November 29, 2017, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No.: 3250
Reneau J. Longoria, Esq., Bar No.: 5746

Gail M. York
94 New County Road
Hollis Center, ME 04042

First Horizon Home Loan Corporation
c/o First Bank of Tennessee Bank, N.A.
Attn: Legal Services
165 Madison Avenue
Memphis, TN 38118