UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
CIVIL ACTION DOCKET NO. 2:2017-CV-00090-GZS

| | |
|---|---|
| **CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST VI** | )<br>)<br>) |
| PLAINTIFFS | ) |
| v. | ) **PLAINTIFF'S WITNESS AND EXHIBIT LIST** |
| **GAIL M. YORK** | ) **ADDRESS: 94 NEW COUNTRY RD., HOLLIS, YORK COUNTY, MAINE** |
| DEFENDANT | ) |
| and | ) **MORTGAGE:** |
| **FIRST HORIZON HOME LOAN CORPORATION** | ) **Dated December 1, 2015, in Book 14693 Page 86** |
| PARTY IN INTEREST | ) |

    Plaintiff in the above-captioned matter hereby submits the following list of Witnesses and Exhibits which it may call or submit at any trial in this matter:

WITNESSES:

1. A representative of Plaintiff having personal knowledge of the records of this matter kept by Plaintiff in the ordinary course of business: Marc Berninger, employees of Nationstar Mortgage, LLC, dba Mr. Cooper, duly authorized servicer for Plaintiff.

2. Plaintiff reserves the right to call or examine any or all witnesses called or listed by Defendant and/ or any Party-in-Interest, and further reserves the right to call other witnesses in response or in rebuttal to evidence offered by any other party.

EXHIBITS:

1. Originals or copies of the Note, Mortgage, and all endorsements, allonges, assignments, or other relevant instruments.

2. A copy of the Notice of Default sent to Defendant.

3. Business records evidencing payment history of Defendant and balance due on the subject loan.

4. All documents introduced or listed by Defendant.

 Plaintiff reserves the right to add to the Witness and Exhibit Lists upon sufficient prior notice to Defendant prior to trial.

ISSUES FOR TRIAL:

1. Defendant's default on the note and mortgage held by Plaintiff in this matter.

2. Amount due Plaintiff under the loan documents.

Plaintiff anticipates that trial on the matter would not require less than two (2) hours.

             Respectfully submitted, Plaintiff, by its attorneys
             Shechtman Halperin Savage, LLP

Date: 1/25/18         By: ___/s/ Carrie Folsom_____
Shechtman Halperin Savage, LLP    Carrie Folsom, Esq., #9510
1080 Main Street          John M. Ney, Jr., Esq., #9421
Pawtucket, RI  02860
(877) 575-1400

Date: 1/25/18         By: ___/s/ John M. Ney, Jr._____
Shechtman Halperin Savage, LLP    John M. Ney, Jr., Esq., #9421
1080 Main Street
Pawtucket, RI  02860
(877) 575-1400