## CERTIFICATE OF SERVICE

We, the undersigned, as attorneys for Plaintiff, hereby certify that on the date hereinafter written, we caused the following:

> Entry of Appearance, Carrie Folsom, Esq.
> Entry of Appearance, John M. Ney, Jr., Esq.
> Notice of Lead Attorney for Notices
> Witness and Exhibit List

to be filed with the Court via the ECF filing system.  As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEG) as follows:

> Gail M. York
> 94 New County Road
> Hollis Center, ME 04042
>
> First Horizon Home Loan Corporation
> c/o First Bank of Tennessee Bank NA
> Attn: Legal Services
> 165 Madison Avenue
> Memphis, TN 38118
>
> Reneau J. Longoria, Esq.
> John Doonan, Esq.
> Doonan Graves & Longoria, LLC
> 100 Cummings Center, Ste. 225D
> Beverly, MA  01915

| | |
|---|---|
| Date:  1/25/18 | By:  ___/s/ Carrie Folsom_____ |
| Shechtman Halperin Savage, LLP | Carrie Folsom, Esq., #9510 |
| 1080 Main Street | John M. Ney, Jr., Esq., #9421 |
| Pawtucket, RI  02860 | |
| (877) 575-1400 | |

| | |
|---|---|
| Date:  1/25/18 | By:  ___/s/ John M. Ney, Jr._____ |
| Shechtman Halperin Savage, LLP | John M. Ney, Jr., Esq., #9421 |
| 1080 Main Street | |
| Pawtucket, RI  02860 | |
| (877) 575-1400 | |