UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  Citibank NA as Trustee v Gail M. York et al

DOCKET NO:  2:17-CV-00090-GZS

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| A | | A | Adjustable Rate Note with Allonge (copy) | | | | |
| B | | B | Adjustable Rate Note with Allonge (original) | | | | |
| C | | C | Mortgage, recorded (copy) | | | | |
| D | | D | Assignment of mortgage, recorded (copy) | | | | |
| E | | E | Assignment of mortgage (second), recorded (copy) | | | | |
| F | | F | Loan Modification Agreement (copy) | | | | |
| G | | G | Loan Modification Agreement (second)(copy) | | | | |
| H | | H | Demand letter with proof of mailing (to two addresses)(copy) | | | | |
| I | | I | Affidavit Regarding Military Status | | | | |
| J | | J | Payment history | | | | |
| K | | K | Judgment figures/mortgage balance statement | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |