UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
CIVIL ACTION DOCKET NO. 2:2017-CV-00090-GZS

| | |
|---|---|
| **CITIBANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST VI** ) ) ) ) PLAINTIFFS ) ) v. ) ) **GAIL M. YORK** ) ) DEFENDANT ) ) and ) ) **FIRST HORIZON HOME LOAN CORPORATION** ) ) ) PARTY IN INTEREST ) | **PLAINTIFF'S SUPPLEMENTAL WITNESS LIST** ADDRESS:  94 NEW COUNTRY RD., HOLLIS, YORK COUNTY, MAINE MORTGAGE: Dated December 1, 2015, in Book 14693 Page 86 |

Plaintiff in the above-captioned matter hereby submits the following SUPPLEMENTAL list of Witnesses which it may call or submit at any trial in this matter:

WITNESSES:  A representative of Plaintiff having personal knowledge of the records of this matter kept by Plaintiff in the ordinary course of business:  Marc Berninger, employees of Nationstar Mortgage, LLC, dba Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019 duly authorized servicer for Plaintiff, as a non-expert witness; the statement of his testimony will be to testify as to the content of the business records relevant hereto; the estimate of time for direct examination is one-half hour.

Plaintiff reserves the right to add to the Witness and Exhibit Lists upon sufficient prior notice to Defendant prior to trial.

Respectfully submitted, Plaintiff, by its attorneys
Shechtman Halperin Savage, LLP

Date: 1/25/18                              By:   ___/s/ Carrie Folsom ___
                                                          Carrie Folsom, Esq., #9510

Date: 1/25/18                              By:   ___/s/ John M. Ney, Jr._____
Shechtman Halperin Savage, LLP        John M. Ney, Jr., Esq., #9421
1080 Main Street
Pawtucket, RI  02860
(877) 575-1400

1