UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
CIVIL ACTION DOCKET NO. 2:2017-CV-00090-GZS

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X | ) ) ) ) ) | |
| PLAINTIFFS | ) ) | **PLAINTIFF'S SUPPLEMENTAL WITNESS LIST** |
| v. | ) ) | |
| GAIL M. YORK | ) ) ) | **ADDRESS: 94 NEW COUNTRY RD., HOLLIS, YORK COUNTY, MAINE** |
| DEFENDANT | ) ) | **MORTGAGE:** |
| and | ) ) | **Dated December 1, 2015, in Book 14693 Page 86** |
| FIRST HORIZON HOME LOAN CORPORATION | ) ) ) | |
| PARTY IN INTEREST | | |

Plaintiff in the above-captioned matter hereby submits the following SUPPLEMENTAL list of Witnesses which it may call or submit at any trial in this matter:

WITNESSES: A representative of Plaintiff having personal knowledge of the records of this matter kept by Plaintiff in the ordinary course of business: Marc Berninger, employee of Nationstar Mortgage, LLC, dba Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019 duly authorized servicer for Plaintiff, as a non-expert witness; the statement of his testimony will be to testify as to the content of the business records relevant hereto; the estimate of time for direct examination is one-half hour. Plaintiff reserves the right to add to the Witness and Exhibit Lists upon sufficient prior notice to Defendant prior to trial.

Respectfully submitted, Plaintiff, by its attorneys
Shechtman Halperin Savage, LLP

Date: 2/9/18                    By:    ___/s/ Carrie Folsom_____
                                       Carrie Folsom, Esq., #9510

Date: 2/9/18                    By:    ___/s/ John M. Ney, Jr._____
Shechtman Halperin Savage, LLP         John M. Ney, Jr., Esq., #9421
1080 Main Street
Pawtucket, RI  02860
(877) 575-1400

1

## **CERTIFICATE OF SERVICE**

      I, the undersigned, as attorneys for Plaintiff, hereby certify that on the date hereinafter written, I caused the foregoing to be filed with the Court via the ECF filing system.  As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEG) as follows:

Gail M. York
94 New County Road
Hollis Center, ME 04042

First Horizon Home Loan Corporation
c/o First Bank of Tennessee Bank NA
Attn: Legal Services
165 Madison Avenue
Memphis, TN 38118

Date:  2/9/18                                              By:       ___/s/ Carrie Folsom_____
Shechtman Halperin Savage, LLP                  Carrie Folsom, Esq., #9510
1080 Main Street                                           John M. Ney, Jr., Esq., #9421
Pawtucket, RI  02860
(877) 575-1400

Date:  2/9/18                                              By:       ___/s/ John M. Ney, Jr._____
Shechtman Halperin Savage, LLP                  John M. Ney, Jr., Esq., #9421
1080 Main Street
Pawtucket, RI  02860
(877) 575-1400