UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  U.S. Bank National Association v. Gail York

DOCKET NO:  2:17-cv-90-GZS

PROCEEDING TYPE: Bench Trial

# Exhibit List

| Pla Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| A | | | Adjustable rate note with Allonge (copy) | 2/21/18 | 2/21/18 | | 2/21/18 |
| B | | | Loan modification agreement (copy) | 2/21/18 | 2/21/18 | | 2/21/18 |
| C | | | Mortgage, recorded (copy) | 2/21/18 | 2/21/18 | | 2/21/18 |
| D | | | Assignment of mortgage, recorded (copy) | 2/21/18 | 2/21/18 | | 2/21/18 |
| E | | | Demand letter sent to Gail York dated 9/12/2016 | 2/21/18 | 2/21/18 | X | 2/21/18 |
| F | | | Account transaction history | 2/21/18 | 2/21/18 | X | 2/21/18 |
| G | | | Affidavit of John Michael Ney, Jr. | 2/21/18 | 2/21/18 | | 2/21/18 |
| | 5 | | First Verizon Home Loan Transaction history (excerpt from Plaintiff's Exhibit F) | 2/21/18 | 2/21/18 | | 2/21/18 |
| | 4 | | Willshire transaction history (excerpt from Plaintiff's Exhibit F) | 2/21/18 | 2/21/18 | | 2/21/18 |
| | 3 | | Bank of America transaction history (excerpt from Plaintiff's Exhibit F) | 2/21/18 | 2/21/18 | | 2/21/18 |
| | 2 | | Select Portfolio Services transaction history (excerpt from Plaintiff's Exhibit F) | 2/21/18 | 2/21/18 | | 2/21/18 |
| | 1 | | Nationstar transaction history (excerpt from Plaintiff's Exhibit F) | 2/21/18 | 2/21/18 | | 2/21/18 |
| | 6 | | Consent Judgment entered in U.S. District Court, District of Columbia | 2/21/18 | | X | |
| | 7 | | Complaint filed in U.S. District Court, District of Columbia | 2/21/18 | | X | |