UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

U.S. BANK NATIONAL ASSOCIATION )
)
v. ) CIVIL NO. 2:17-cv-00090-GZS
)
GAIL M YORK et al )

## ORDER TO SHOW CAUSE

A review of the file in the above matter reflects that default was entered as to First Horizon Home Loan Corporation on November 30, 2017 and that a deadline for filing a motion for default judgment was set for March 2, 2018. As of this date, the plaintiff has not moved for default judgment.

Accordingly, it is ORDERED that pursuant to Rule 41.1(b) of the Local Rules of this Court counsel shall show cause in writing no later than 14 days from this date, why this matter should not be dismissed as to the defaulted party, First Horizon Home Loan Corporation.

So ORDERED.

George Z. Singal
United States District Judge

For the Court: /s/ Lindsey Caron
Deputy Clerk

Dated this 19th day of March, 2018.