UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE
CIVIL ACTION DOCKET NO. 2:2017-CV-00090-GZS

| | |
|---|---|
| **U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE NRZ PASS-THROUGH TRUST X** )<br>)<br>)<br>)<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>**GAIL M. YORK** )<br>)<br>DEFENDANT )<br>)<br>and )<br>)<br>**FIRST HORIZON HOME LOAN CORPORATION** )<br>)<br>)<br>PARTY IN INTEREST | **ADDRESS: 94 NEW COUNTRY RD., HOLLIS, YORK COUNTY, MAINE**<br><br>**MORTGAGE:**<br>**Dated December 1, 2015 in Book 14693 at Page 86** |

### ORDER FOR ENTRY OF DEFAULT AS TO
### FIRST HORIZON HOME LOAN CORPORATION

Upon notice, and   (with)    (without)    Hearing, for the reasons set forth in Plaintiff's Motion for Entry of Default as to First Horizon Home Loan Corporation, it being found by the Court that no prejudice will result to the parties, and that unnecessary delay of this action will not result, the Motion is hereby

GRANTED

and it is hereby

ORDERED

An Entry of Default is hereby entered as to First Horizon Home Loan Corporation.

The Clerk shall enter the following in the docket:

The ORDER dated _____, is incorporated in the docket by reference. This entry is made in accordance with M.R. Civ. P. 79(a) at the specific direction of the Court.

DATED: _____      _____
Hon. George Z. Singal
Maine Federal District Court