# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CITIBANK, N.A., as trustee of NRZ Pass-Through Trust VI,<br><br>    Plaintiff,<br><br>v.<br><br>GAIL M. YORK,<br><br>    Defendant. | Docket no. 2:17-cv-90-GZS |

## ORDER ON MOTION FOR DEFAULT JUDGMENT

Before the Court is Plaintiff's Motion for Default Judgment as to First Horizon Home Loan Corporation ("First Horizon") (ECF No. 53). As briefly explained herein, the Motion is GRANTED.

The docket indicates that the Complaint in this case was served on First Horizon on March 27, 2017 (ECF No. 6). Nonetheless, First Horizon has never appeared in this action. A bench trial of the appearing parties was held and no evidence was presented regarding any remaining interest First Horizon may hold in the subject premises.

Therefore, on the record presented, the Court concludes that any lien First Horizon has on the subject premises shall terminate in connection with any sale of the property held in accordance with a foreclosure judgment entered in this case. Additionally, First Horizon shall not be eligible to receive any surplus proceeds if and when Plaintiff conducts a sale in accordance with such a foreclosure judgment entered. See 14 M.R.S.A. § 6324; see also Bankr. Estate of Everest v. Bank of Am., N.A., 111 A.3d 655, 663 (Me. 2015) (holding that a "junior mortgagee who failed to appear in the senior foreclosure and was not named as a distributee in the resulting judgment does

not have any rights to the excess proceeds from that foreclosure sale"); Howison v. Bank of Am., N.A., No. 2:14-CV-05-DBH, 2014 WL 2472117, at *6 (D. Me. June 2, 2014) (certifying question to the Maine Law Court and noting that "the statute seems pretty clear that a junior mortgagee with notice who does not appear in a first mortgage foreclosure proceeding . . . fails to get proceeds")

Therefore, the Court hereby ORDERS that any subsequent judgment entered shall include an entry of default judgment against Party-In-Interest First Horizon Home Loan Corporation as explained herein.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 29th day of May, 2018.