**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust X, )<br><br>Plaintiff, )<br><br>v. )<br><br>GAIL M. YORK, )<br><br>Defendant. ) | Docket no. 2:17-cv-90-GZS |

**ORDER ON PROPOSED FORECLOSURE JUDGMENT**

Before the Court is Plaintiff's Proposed Judgment of Foreclosure and Sale (ECF No. 66). This filing was made pursuant to this Court's May 29, 2018 Order (ECF No. 64), which, in relevant part, directed Plaintiff to "submit a proposed Judgment of Foreclosure and Sale . . . that contains all the provisions required by Maine law, including 14 M.R.S.A. § 2401(3), and also complies with this Court's Order on Motion for Default Judgment."

Upon initial review, the Court notes the following issues with the Proposed Judgment:

(1) The Proposed Judgment includes an award of attorney's fees totaling "$1,400 plus any additional amounts not in Schedule A and not in counsel's Attorney Fee Affidavit previously filed at trial." Proposed Judgment (ECF No. 66), PageID # 302. Based on the Court's own review of the trial record and its May 29, 2018 Findings of Fact and Conclusions of Law (ECF No. 64), it does not appear that an "Attorney Fee Affidavit" was offered at trial, nor did Plaintiff even request any factual findings regarding attorney's fees after trial. In short, Plaintiff established via the evidence at trial that the

amount due and owing is $228,316.27.  See Tr. (ECF No. 65) at PageID # 282 & Pl. Ex. F/Def. Ex. 1.  To the extent that Plaintiff believes the evidence admitted at trial supports an amount due and owing in excess of this amount, they shall provide the Court with record citation to support such a finding.  Alternatively, Plaintiff's revised proposed judgment shall clearly indicate that the amount due and payable is $228,316.27 and that York, or her successors, heirs, and assigns, can pay this amount with interest within the redemption period to avoid foreclosure.  See 14 M.R.S.A. § 6322.

(2) The Proposed Judgment correctly contains the following sentence:  "The Court finds that all parties have received notice of the proceeding in accordance with the applicable provisions of the Federal Rules of Civil Procedure."  See Proposed Judgment (ECF No. 66), PageID# 303.  The sentence fragment that follows this sentence is unnecessary and confusing.  As a result, the Proposed Judgment does not appear to comply with 14 M.R.S.A. § 2401(3)(C).

(3) The Proposed Judgment contains multiple paragraphs numbered 1-5, which makes it unnecessarily confusing.

(4) The first paragraph numbered 4 should be deleted as it appears to contradict the following paragraph 5 regarding the order of priority as well as this Court's Order on Motion for Default Judgment (ECF No. 63).  Additionally, the judgment should clearly state that any First Horizon Home Loan Corporation liens on the property are extinguished as part of this judgment.

(5) Additionally, the first two paragraphs on PageID # 303, which reference a "deficiency balance" and "homestead exemption" respectively are not proper findings for this Foreclosure Judgment on the trial record presented.

(6) On the same page of the Proposed Judgment, the later paragraphs referencing Federal Rules of Civil Procedure 54(b) & 79(a) should also be deleted.

Additionally, the Court notes that the practice of this Court is for there to be a separate certification in accordance with 14 M.R.S.A. § 2401(3)(F) after the appeal period has expired. As a result, any revised proposed judgment submitted shall delete the "Certification of Clerk" contained at the end of the current Proposed Judgment.

Plaintiff is hereby ORDERED to submit a revised proposed judgment of foreclosure that addresses the issues noted herein or alternatively to show good cause as to why the language contained in the Proposed Judgment already on the docket is adequate. Plaintiff's submissions in compliance with this Order shall be filed on or before July 2, 2018.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 18th day of June, 2018.